1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JEFFREY D. NEDROW (CABN 161299)
   Assistant United States Attorney
5
   150 Almaden Blvd., Suite 900
6  San Jose, California 95113
   Telephone: (408) 535-5054
7  Facsimile: (408) 535-5066
   Email:    Jeff.Nedrow@usdoj.gov
8
9  Attorneys for Plaintiff

IT IS SO ORDERED
AS MODIFIED

*James Ware*

Judge James Ware

4/14/2011

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13 UNITED STATES OF AMERICA,          )   CR 10-00012-JW
                                      )
14              Plaintiff,            )   STIPULATION TO CONTINUE
                                      )   SENTENCING HEARING
15       v.                           )   AS MODIFIED
                                      )
16 KENNETH PEREIRA,                   )
                                      )
17              Defendant.            )
                                      )
18 _____)

19

20         The United States, through its counsel Jeffrey Nedrow, and defendant Kenneth Pereira,

21 through his counsel Michael Hingle, hereby agree and stipulate to continue the sentencing

22 hearing in this case presently scheduled for Monday, April 18, 2011 at 1:30 p.m. to Monday,

23 May 23, 2011 at 1:30 p.m. before this Court.   This continuance is requested for the following

24 reasons:

25         1) Both counsel are requesting additional time to prepare for sentencing in this case.  The

26 government requests additional time to finalize its sentencing recommendation, and the defense

27 requests additional time to respond to the government's recommendation.  Government counsel

28

1  has been in trial in San Francisco since March 21 in the matter of *U.S. v. Bonds*, CR 07–0732-SI,

2  and has been unable in light of trial commitments to evaluate information pertinent to the

3  sentencing hearing and complete the government's final sentencing recomendation.

4        For these reasons, the parties respectfully request that the Court continue the sentencing

5  hearing in this case from April 18, 2011 to May 23, 2011 at 1:30 p.m.  The probation office has

6  been contacted regarding this requested continuance.

9        It is so stipulated.

10                      Respectfully submitted,

11
12                      MELINDA HAAG
                    UNITED STATES ATTORNEY

13  Dated: April 13, 2011         _____/s/_____
14                      JEFFREY D. NEDROW
                    Assistant U.S. Attorney

15  Dated: April 13, 2011         _____/s/_____
16                      MICHAEL HINGLE
                    Attorney for Kenneth Pereira

18                          **ORDER**

20        Based on the stipulation of the parties and the facts set forth herein, good cause

21  appearing,

22        IT IS HEREBY ORDERED that date of the sentencing hearing in this case is continued

23  from April 18, 2011 to **June 6, 2011** at 1:30 p.m. before this Court.

24        Dated this \_\_14\_\_ day of April, 2011.

26  _____
27  JAMES WARE
      United States District Chief Judge