MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5054
    Facsimile: (408) 535-5066
    Email:   Jeff.Nedrow@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 10-00012-EJD |
|     Plaintiff, | ) ) ) | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | ) ) | |
| KENNETH PEREIRA, | ) ) | |
|     Defendant. | ) ) | |

    The United States, through its counsel Jeffrey Nedrow, and defendant Kenneth Pereira, through his counsel Michael Hingle, hereby agree and stipulate to continue the sentencing hearing in this case presently scheduled for Monday, August 22, 2011 at 1:30 p.m. to Monday, October 17, 2011 at 1:30 p.m. before this Court.   This continuance is requested for the following reasons:

    1) Both counsel are requesting additional time to prepare for sentencing in this case.  The government requests additional time to evaluate information developed subsequent to the indictment in this case and to finalize its sentencing recommendation, and the defense requests

additional time to respond to the government's recommendation.

For these reasons, the parties respectfully request that the Court continue the sentencing hearing in this case from August 22, 2011 to October 17, 2011 at 1:30 p.m.  The probation office has been contacted regarding this requested continuance.

It is so stipulated.

                                             Respectfully submitted,

                                             MELINDA HAAG
                                             UNITED STATES ATTORNEY

August 16, 2011                           _____/s/_____
                                             JEFFREY D. NEDROW
                                             Assistant U.S. Attorney

August 16, 2011                           _____/s/_____
                                             MICHAEL HINGLE
                                             Attorney for Kenneth Pereira

**ORDER**

Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

IT IS HEREBY ORDERED that date of the sentencing hearing in this case is continued from June 6, 2011 to October 17, 2011 at 1:30 p.m. before this Court.

Dated this  17th  day of August, 2011.

                                             _____
                                             EDWARD J. DAVILA
                                           United States District Judge