1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  JEFFREY D. NEDROW (CABN 161299)
   Assistant United States Attorney
5
6     150 Almaden Blvd., Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5054
      Facsimile: (408) 535-5066
8     Email:    Jeff.Nedrow@usdoj.gov

**IT IS SO ORDERED AS MODIFIED**
Judge Edward J. Davila
11/2/2012

9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                            SAN JOSE DIVISION
13
14  UNITED STATES OF AMERICA,        )   CR 10-00012-EJD
                                     )
15            Plaintiff,             )   STIPULATION TO CONTINUE
                                     )   SENTENCING HEARING
16       v.                          )
                                     )
17  KENNETH PEREIRA,                 )
                                     )
18            Defendant.             )
   _____ )
19

20      The United States, through its counsel Jeffrey Nedrow, and defendant Kenneth Pereira,
21  through his counsel Michael Hingle, hereby agree and stipulate to continue the sentencing
22  hearing in this case presently scheduled for Monday, November 5, 2012 at 1:30 p.m. to Monday,
23  December 10, 2012 at 1:30 before this Court.  This continuance is requested for the following
24  reasons:
25      1) Both counsel are requesting additional time to prepare for sentencing in this case.  The
26  government requests additional time to evaluate information developed subsequent to the
27  indictment in this case and to finalize its sentencing recommendation, and the defense requests
28

additional time to respond to the government's recommendation.

For these reasons, the parties respectfully request that the Court continue the sentencing hearing in this case from November 5, 2012 at 1:30 p.m to December 10, 2012.  The probation office has been contacted regarding this requested continuance.

It is so stipulated.

                                      Respectfully submitted,

MELINDA HAAG
UNITED STATES ATTORNEY

October 31, 2012                          _____/s/_____
                                        JEFFREY D. NEDROW
                                        Assistant U.S. Attorney

October 31, 2012                          _____/s/_____
                                        MICHAEL HINGLE
                                        Attorney for Kenneth Pereira

## ORDER

Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

IT IS HEREBY ORDERED that the date of the sentencing hearing in this case is continued from November 5, 2012 to JANUARY 14 2013 at 1:30 p.m. before this Court.

Dated this ___2nd_ day of ___November_____, 2012.

_____
EDWARD J. DAVILA
United States District Judge

2