1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  JEFFREY D. NEDROW (CABN 161299)
   Assistant United States Attorney
5
6     150 Almaden Blvd., Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5054
      Facsimile: (408) 535-5066
      Email:    Jeff.Nedrow@usdoj.gov
8
9  Attorneys for Plaintiff

**IT IS SO ORDERED AS MODIFIED**
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CR 10-00012-EJD |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | ) | |
| KENNETH PEREIRA, | ) | |
| Defendant. | ) | |

The United States, through its counsel Jeffrey Nedrow, and defendant Kenneth Pereira, through his counsel Michael Hingle, hereby agree and stipulate to continue the sentencing hearing in this case presently scheduled for Monday, January 14, 2013 at 1:30 p.m. to Monday, January 28, 2013 at 1:30 before this Court. This continuance is requested for the following reasons:

1) Both counsel are requesting additional time to prepare for sentencing in this case. The government requests additional time to evaluate information developed subsequent to the indictment in this case and to finalize its sentencing recommendation, and the defense requests

additional time to respond to the government's recommendation.

For these reasons, the parties respectfully request that the Court continue the sentencing hearing in this case from January 14, 2013 at 1:30 p.m to January 28, 2013. The probation office has been contacted regarding this requested continuance.

It is so stipulated.

Respectfully submitted,

MELINDA HAAG
UNITED STATES ATTORNEY

January 10, 2013                     /s/
                          JEFFREY D. NEDROW
                          Assistant U.S. Attorney


January 10, 2013                     /s/
                          MICHAEL HINGLE
                          Attorney for Kenneth Pereira

**ORDER**

Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

IT IS HEREBY ORDERED that the date of the sentencing hearing in this case is continued from January 14, 2013 to January 29, 2013 at 1:30 p.m. before this Court.

Dated this __10th__ day of ____January____, 2013.

_____
EDWARD J. DAVILA
United States District Judge